**Lisa MURPHY, Plaintiff–Appellant**

v.

**G ROBINSON, Sheriff, Dub Brassell Detention Center, ADC; Bowlin, Chief, Dub Brassell Detention Center, ADC; Tyler, Major, Dub Brassell Detention Center, ADC; Adem, Captain, Dub Brassell Detention Center, ADC, Defendants.**

**Smith, Correctional Officer, Dub Brassell Detention Center, ADC, Defendant–Appellee.**

**White, Correctional Officer, Dub Brassell Detention Center, ADC, Defendant.**

No. 14–3297.

United States Court of Appeals, Eighth Circuit.

Submitted: March 20, 2015.

Filed: March 30, 2015.

Lisa Murphy, Newport, AR, pro se.

Robert Patrick Young, Rhine & Rhine, Paragould, AR, for Plaintiff-Appellant.

Clyde Burt Newell, Law Offices of C. Burt Newell, Nicholas Rudolph Windle, Hot Springs, AR, for Defendant-Appellee.

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Lisa Murphy appeals the district court's[1] judgment entered upon a jury verdict in favor of the defendant correctional officer on Murphy's excessive-force claim. Having carefully considered the arguments that Murphy raises in this appeal, we conclude that she has not provided any basis for reversal. *See Sanders v. Hobbs*, 773 F.3d 186, 190 (8th Cir.2014) (court of appeals does not assess credibility of witnesses or weigh evidence).[2] Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Murphy's motion for appointment of counsel.

---

1. The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

2. Further, Murphy's failure to provide a trial transcript prevents meaningful review of issues regarding witness testimony. *See* Fed. R.App. P. 10(b) (appellant's duty to order transcript); *Kelly v. Omaha Housing Authority*, 721 F.3d 560, 562 (8th Cir.2013) (appellant must furnish reviewing court with all parts of proceedings below necessary for determination of validity of any claimed error), *cert. denied*, —— U.S. ——, 134 S.Ct. 1010, 187 L.Ed.2d 857 (2014).